UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ x
LOLA STUBBS, ELLI TATARSKY, RHONDA　　:
THOMPSON, CITRONELLA TODD,
STEPHANIE TOY, VIRGINIA TREAGUE,　　　:
PATRICIA TYREE, NINA VAN CLEAVE,
ERICA A. VELA, VICTORIA VENEY,　　　　:
PATRICIA VICKNAIR, THERESA WALL,
BEVERLY WALTERS, DOROTHY B.　　　　　:
WALTON, VIRGINIA WARE, COMELIA
WARREN, LINDA WARREN, JANET WEBB,　　:
DEBRA WEBER, CAROLYN J. WEEDON,
　　　　　　　　　　　　　　　　　　:
　　Plaintiffs.　　　　　　　　　　　:   Civil Action
v.　　　　　　　　　　　　　　　　　　:   No. 04-11372-GAO
　　　　　　　　　　　　　　　　　　:
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;   :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS   :
CORPORATION; AND BOEHRINGER          :
INGELHEIM PHARMACEUTICALS, INC.,
　　　　　　　　　　　　　　　　　　:
　　Defendants.　　　　　　　　　　　:
------------------------------------ x

## NOTICE OF APPEARANCE

　　Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 7, 2004　　　　　　　　　　Respectfully submitted,
　　Boston, Massachusetts

　　　　　　　　　　　　　　　　　　/s/Matthew J. Matule
　　　　　　　　　　　　　　　　　　Matthew J. Matule (BBO #632075)
　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
Of Counsel:　　　　　　　　　　　　　　 MEAGHER & FLOM LLP
Barbara Wrubel　　　　　　　　　　　One Beacon Street
Katherine Armstrong　　　　　　　　 Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,　　　　　　　(617) 573-4800
　 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　 Boehringer Ingelheim Pharmaceuticals, Inc